# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLK. ENTERPRISES, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>UNIX PACKAGING, INC., a California corporation, PHOEBE XU, an individual, and JOHN DOES ONE through TEN,<br><br>Defendants. | Case No.: 2:18-cv-02151-SVW-KS<br><br>**ORDER TO CONTINUE TRIAL AND RELATED DEADLINES** |

This Court, having reviewed the foregoing stipulation submitted by Plaintiff BLK Enterprises, LLC ("Plaintiff") and Defendants Unix Packaging, Inc. ("Unix") and Phoebe Xu ("Xu"), and finding good cause to continue the trial date and related deadlines thereto as set forth in the stipulation,

**IT IS THEREFORE ORDERED** that:

/ / /

/ / /

/ / /

/ / /

/ / /

1. The Pretrial Conference Date be continued from September 17, 2018 at 3:00 p.m. to October 22, 2018 at 3:00 p.m.
2. The Trial Date be continued from October 22, 2018 at 9:00 a.m. to November 6, 2018 at 9:00 a.m., and
3. All other deadlines that are based upon the Court's Civil Trial Preparation Order shall be based on the new trial date.

DATED: July 25, 2018     _____

Honorable Stephen V. Wilson
United States District Judge

---

1

**[PROPOSED] ORDER TO CONTINUE TRIAL AND RELATED DEADLINES**