Law Office of Ryan E. Hatch, PC
13323 Washington Blvd., Suite 100
Los Angeles, CA 90066
Tel: 310-279-5076 Fax: 310-693-5328

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLK. ENTERPRISES, LLC, a New York limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIX PACKAGING, INC., a California corporation, PHOEBE XU, an individual, and JOHN DOES ONE through TEN<br><br>    Defendants. | CASE NO. 2:18-cv-02151-SVW-KS<br><br>Honorable Stephen V. Wilson<br><br>**ORDER DENYING PLAINTIFF BLKE'S NOTICE OF AND FIRST EX PARTE APPLICATION TO CONTINUE TRIAL DEADLINES TO PERMIT RESOLUTION OF UNIX'S MOTION FOR A PROTECTIVE ORDER REGARDING DEPOSITION QUESTIONS**<br><br>**Final Pretrial Conference**<br>October 22, 2018<br><br>**Trial Date:**<br>November 6, 2018<br><br>**First Amended Complaint Filed:**<br>February 9, 2018 |
| UNIX PACKAGING, INC., a California corporation,<br><br>    Counter-Claimant,<br><br>    v.<br><br>BLK. ENTERPRISES, LLC, a New York limited liability company,<br><br>    Counter-Defendant. | |

The Court having considered BLK. Enterprises, LLC ("BLKE")'s Application for and good cause appearing, IT IS THEREFORE ORDERED that:

1. The Pretrial Conference and Summary Judgment hearing be continued from October 22, 2018 at 3:00 p.m. to November 19, 2018;
2. The Trial Date is continued from November 6, 2018 until December 4, 2018 at 9:00 a.m.; and
3. All other deadlines that are based on the trial date or the Court's Civil Trial Preparation Order shall be based on the new date.

Dated: September 27, 2018

_____
Hon. Stephen V. Wilson
United States District Judge

**DENIED BY ORDER OF THE COURT**

Law Office of Ryan E. Hatch, PC
13323 Washington Blvd., Suite 100
Los Angeles, CA 90066
Tel: 310-279-5076 Fax: 310-693-5328

2
Case No. 2:18-cv-02151-SVW-KS
PROPOSED ORDER