CROCKETT & ASSOCIATES
Robert D. Crockett (Bar No. 105628)
bob@bobcrockettlaw.com
23929 Valencia Blvd. Suite 303
Valencia, California 91355
Telephone: (323) 487-1101
Facsimile: (323) 843-9711

RYAN E. HATCH (SBN 235577)
LAW OFFICE OF RYAN E. HATCH, PC
13323 Washington Blvd., Suite 100
Los Angeles, CA 90066
Work: 310-279-5076
Mobile: 310-435-6374
Fax: 310-693-5328
ryan@ryanehatch.com

ALAN D. SEGE (SBN 177350)
Alan Sege, Esq. PC
13323 Washington Blvd., Suite 100
Los Angeles, CA 90066
Telephone: 310-957-3301
alan@alansege.com

Attorneys for Plaintiff
BLK. Enterprises, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLK. ENTERPRISES, LLC., a New York limited liability company,<br><br>          Plaintiff,<br><br>v.<br><br>UNIX PACKAGING, INC., a California corporation, PHOEBE XU, an individual, and JOHN DOES ONE through TEN,<br><br>          Defendants. | CASE NO.: 2:18-cv-02151-SVW-KS<br><br>**UN-NUMBERED INDEX OF JURY INSTRUCTIONS**<br><br>[Honorable Stephen V. Wilson]<br><br>Pretrial Conference:   Oct. 29, 2018<br>Hearing:                     Oct 29, 2018<br>Jury Trial:                  Nov. 6, 2018 |
| UNIX PACKAGING, INC., a California corporation, | |

1
2

Counter-Claimant,

vs.

3   BLK. ENTERPRISES, LLC, a New
4   York limited liability company,

Counter-Defendant.

5

6   **I.     AGREED UPON INSTRUCTIONS**

7

| Instr. No. | Claim | Title | Source |
|---|---|---|---|
| | Misappropriation of Trade Secrets | Trade Secret Defined | CACI 4402 |
| | Misappropriation of Trade Secrets | Secrecy Requirement | 18 U.S.C. §§ 1836, 1839; CACI 4403 (2017); *Waymo LLC v. Uber Techs., Inc.*, No. C 17-00939 WHA, 2017 WL 2123560, at *7 (N.D. Cal. May 15, 2017); *Blue Star Land Servs., LLC v. Coleman*, No. CIV-17-931-R, 2017 WL 6210901, at *5 (W.D. Okla. Dec. 8, 2017) |
| | Misappropriation of Trade Secrets | Reasonable Efforts to Protect Secrecy | 18 U.S.C. §§ 1836, 1839; CACI 4404 (2017); *Waymo LLC v. Uber Techs., Inc.*, No. C 17-00939 WHA, 2017 WL 2123560, at *7 (N.D. Cal. May 15, 2017); *Blue Star Land Servs., LLC v. Coleman*, No. CIV-17-931-R, 2017 WL 6210901, at *5 (W.D. Okla. Dec. 8, 2017) |
| | Misappropriation of Trade Secrets | Remedies for Misappropriation of Trade Secret | 18 U.S.C. § 1836(b)(3)(B); CACI 4409 (2017); *Waymo LLC v. Uber Techs., Inc.*, No. C 17-00939 WHA, 2017 WL 2123560, at *7 (N.D. Cal. May 15, 2017) |
| | Misappropriation of Trade Secrets | "Independent Economic Value" Explained | 18 U.S.C. §§ 1836, 1839; CACI 4412 (2017); *Waymo LLC v. Uber Techs., Inc.*, No. C 17-00939 WHA, 2017 WL 2123560, at *7 (N.D. Cal. May 15, 2017) |
| | Trade Dress Infringement | Definition—Trade Dress | Ninth Circuit Manual of Model Civil Jury Instructions § 15.3 |
| | Trade Dress Infringement | Infringement—Elements—Validity—Trade Dress—Non-Functionality | Ninth Circuit Manual of Model Civil Jury Instructions § 15.12 (modified) |

| Instr. No. | Claim | Title | Source |
|---|---|---|---|
| | | Requirement | |
| | Conversion | Essential Factual Elements | CACI 2100 |
| | Breach of Contract | Introduction | CACI 300 |
| | Breach of Contract | Introduction | CACI 300 |
| | Breach of Contract | Introduction | CACI 300 |
| | Breach of Contract | Contract Formation—Essential Factual Elements | CACI 302 |
| | Breach of Contract | Essential Factual Elements | CACI 303 |
| | Breach of Contract | Essential Factual Elements | CACI 303 |
| | Breach of Contract | Interpretation—Disputed Words | CACI 314 |
| | Breach of Contract | Interpretation—Meaning of Ordinary Words | CACI 315 |
| | Breach of Contract | Interpretation—Meaning of Technical Words | CACI 316 |
| | Breach of Contract | Interpretation—Construction of Contract as A Whole | CACI 317 |
| | Breach of Contract | Interpretation—Construction by Conduct | CACI 318 |
| | Breach of Contract | Affirmative Defense—Waiver | CACI 336 |
| | Breach of Contract | Loss of Profits—Some Profits Earned | CACI 353 |
| | Breach of Contract | Mitigation of Damages | CACI 358 |
| | Breach of Contract | Present Cash Value of Future Damages | CACI 359 |
| | Breach of Contract | Reliance Damages | CACI 361 |
| | Negligence | Essential Factual Elements | CACI 400 |
| | Negligence | Basic Standard of Care | CACI 401 |
| | Negligence | Comparative Fault of Plaintiff | CACI 405 |
| | Negligence | Apportionment of Responsibility | CACI 406 |
| | Negligence | Custom or Practice | CACI 413 |
| | Negligence | Causation:  Substantial Factor | CACI 430 |
| | General | Damages on Multiple Legal Theories | CACI 3934 |
| | General | Comparative Fault of Plaintiff—General Verdict | CACI 3960 |
| | General | Jurors Not to Consider Attorney Fees and Court Costs | CACI 3964 |

## II.    INSTRUCTIONS PROPOUNDED BY PLAINTIFF, OPPOSED BY DEFENDANTS

| Instr. No. | Claim | Title | Source |
|---|---|---|---|
| | General | Claims and Defenses | Ninth Circuit Manual of Model Civil Jury Instructions (2017 edition, updated Sept. 2018) § 1.5. |
| | Misappropriation of Trade Secrets | Introduction | 18 U.S.C. §§ 1836, 1839; CACI 4400 (2017); *Waymo LLC v. Uber Techs., Inc.*, No. C 17-00939 WHA, 2017 WL 2123560, at *7 (N.D. Cal. May 15, 2017) |
| | Misappropriation of Trade Secrets | Essential Factual Elements | 18 U.S.C. §§ 1836, 1839; CACI 4401 (2017); *Waymo LLC v. Uber Techs., Inc.*, No. C 17-00939 WHA, 2017 WL 2123560, at *7 (N.D. Cal. May 15, 2017) |
| | Misappropriation of Trade Secrets | Misappropriation by Acquisition | 18 U.S.C. § 1839(5)(A); CACI 4405 |
| | Misappropriation of Trade Secrets | Misappropriation by Disclosure | 18 U.S.C. § 1839(5)(B); CACI 4406 (2017); *Waymo LLC v. Uber Techs., Inc.*, No. C 17-00939 WHA, 2017 WL 2123560, at *7 (N.D. Cal. May 15, 2017) |
| | Misappropriation of Trade Secrets | Misappropriation by Use | 18 U.S.C. § 1839(5)(B); CACI 4407 (2017); *Waymo LLC v. Uber Techs., Inc.*, No. C 17-00939 WHA, 2017 WL 2123560, at *7 (N.D. Cal. May 15, 2017) |
| | Misappropriation of Trade Secrets | Improper Means of Acquiring Trade Secret | 18 U.S.C. § 1839(6); CACI 4408 (2017); *Waymo LLC v. Uber Techs., Inc.*, No. C 17-00939 WHA, 2017 WL 2123560, at *7 (N.D. Cal. May 15, 2017) |
| | Misappropriation of Trade Secrets | Proving Misappropriation Through Substantial Similarity and Access | *Garter-Bare Co. v. Munsingwear, Inc.*, 723 F.2d 707, 714 (9th Cir. 1984), *cert. denied,* 469 U.S. 980, 83 L. Ed. 2d 316, 105 S. Ct. 381 (1984) |
| | Misappropriation of Trade Secrets | Punitive Damages for Willful and Malicious Misappropriation | 18 U.S.C. § 1836(b)(3)(C); CACI 4411 (2017); *Waymo LLC v. Uber Techs., Inc.*, No. C 17-00939 WHA, 2017 WL 2123560, at *7 (N.D. Cal. |

| Instr. No. | Claim | Title | Source |
|---|---|---|---|
| | | | May 15, 2017) |
| | Trade Dress Infringement | Elements and Proof of Burden—Trade Dress Infringement | Ninth Circuit Manual of Model Civil Jury Instructions § 15.7 |
| | Trade Dress Infringement | Infringement—Elements—Validity—Unregistered Marks | Ninth Circuit Manual of Model Civil Jury Instructions § 15.9 |
| | Trade Dress Infringement | Infringement—Elements—Validity—Unregistered Mark—Distinctiveness | Ninth Circuit Manual of Model Civil Jury Instructions § 15.10 |
| | Trade Dress Infringement | Infringement—Elements—Validity—Distinctiveness—Secondary Meaning | Ninth Circuit Manual of Model Civil Jury Instructions § 15.11 |
| | Trade Dress Infringement | Infringement—Likelihood of Confusion—Factors—*Sleekcraft* Test | Ninth Circuit Manual of Model Civil Jury Instructions § 15.18 |
| | Trade Dress Infringement | Infringement—Likelihood of Confusion—Factor—Strength of Trade Dress | Ninth Circuit Manual of Model Civil Jury Instructions § 15.19 |
| | Trade Dress Infringement | Trade Dress Damages—In General | *Apple, Inc. v. Samsung Elecs. Co.*, No. 11-CV-01846-LHK (N.D. Cal. Aug. 21, 2012), Dkt. 1901, at 93 (Final Jury Instruction No. 71—Trade Dress Damages in General) |
| | Trade Dress Infringement | Trade Dress Damages—Plaintiff's Actual Damages | Ninth Circuit Manual of Model Civil Jury Instructions § 15.27 (modified); *Apple, Inc. v. Samsung Elecs. Co.*, No. 11-CV-01846-LHK (N.D. Cal. Aug. 21, 2012), Dkt. 1901, at 94 (Final Jury Instruction No. 72—Trade Dress Damages—Plaintiff's Actual Damages) |
| | Trade Dress Infringement | Trade Dress Damages—Defendant's Profits | Ninth Circuit Manual of Model Civil Jury Instructions (2017 edition, updated Sept. 2018) § 15.29 (modified). |
| | False Advertising | False Advertising Claims | 15 U.S.C. § 1125(a)(1)(B); *FLIR Systems, Inc. v. Sierra Media, Inc.*, Case No. 3:10-cv-00971-HU (Aug. 8, 2013) [Dkt. No. 395 (jury instr. false advertising at 25-27)] |
| | False Advertising | False Advertising—Elements of The Claim | 15 U.S.C. § 1125(a)(1)(B); *FLIR Systems, Inc. v. Sierra Media, Inc.*, Case No. 3:10-cv-00971-HU (Aug. 8, 2013) [Dkt. No. 395 (jury instr. false advertising at 28)] |

| Instr. No. | Claim | Title | Source |
|---|---|---|---|
| | False Advertising | False or Misleading Statement | 15 U.S.C. § 1125(a)(1)(B); *FLIR Systems, Inc. v. Sierra Media, Inc.*, Case No. 3:10-cv-00971-HU (D. Or. Aug. 8, 2013) [Dkt. No. 395 (jury instr. false advertising at 29)] |
| | False Advertising | Deception and Materiality | 15 U.S.C. § 1125(a)(1)(B); *FLIR Systems, Inc. v. Sierra Media, Inc.*, Case No. 3:10-cv-00971-HU (D. Or. Aug. 8, 2013) [Dkt. No. 395 (jury instr. false advertising at 30)] |
| | False Advertising | Injury | 15 U.S.C. § 1125(a)(1)(B); *FLIR Systems, Inc. v. Sierra Media, Inc.*, Case No. 3:10-cv-00971-HU (D. Or. Aug. 8, 2013) [Dkt. No. 395 (jury instr. false advertising at 31)] |
| | Conversion | Presumed Measure of Damages for Conversion | CACI 2102; CACI 3903N (on lost profits); Cal. Civ. Code § 3336; *LLC v. John Gregory Lawson (In re Lawson)*, No. ADV 13-01105, 2015 WL 1291366, at *5 (B.A.P. 9th Cir. Mar. 20, 2015) |
| | Breach of Contract | Oral and Written Contract Terms | CACI 304 |
| | Breach of Contract | Implied-In-Fact Contract | CACI 305 |
| | Breach of Contract | Unformalized Agreement | CACI 306 |
| | Breach of Contract | Introduction to Contract Damages | CACI 350 |
| | Breach of Contract | Special Damages | CACI 351 |
| | Negligence | Causation:  Multiple Cases | CACI 434 |
| | Negligence | Affirmative Defense—Statute of Limitations | CACI 454; Cal. Code Civ. Proc., § 337, subd. (1) |
| | Negligence | Introduction to Tort Damages—Liability Contested | CACI 3900 |
| | Negligence | Items of Economic Damage | CACI 3903; 3903K, 3903N |
| | | Damages from Multiple Defendants | CACI 3933 |

## III.  INSTRUCTIONS PROPOUNDED BY DEFENDANTS, OPPOSED BY PLAINTIFF

| Instr. No. | Claim | Title | Source |
|---|---|---|---|
| | Misappropriation of Trade Secrets | Essential Factual Elements | CACI 4401 |

CROCKETT & ASSOCIATES Los Angeles

**UN-NUMBERED INDEX OF JURY INSTRUCTIONS**

| Instr. No. | Claim | Title | Source |
|---|---|---|---|
| | Misappropriation of Trade Secrets | Misappropriation by Disclosure | CACI 4406 |
| | Misappropriation of Trade Secrets | Misappropriation by Use | CACI 4407 |
| | Conversion | Presumed Measure of Damages for Conversion | CACI 2102 |
| | Breach of Contract | Essential Factual Elements | CACI 303 |
| | Breach of Contract | Affirmative Defense—Bilateral Mistake | CACI 331 |
| | Breach of Contract | Introduction to Contract Damages | CACI 350 |
| | Negligence | Affirmative Defense—Statute of Limitations | CACI 454 |
| | Negligence | Introduction to Tort Damages—Liability Contested | CACI 3900 |
| | Negligence | Items of Economic Damage | CACI 3903 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4819-1475-9801, v. 1