
FILED
CLERK U.S. DISTRICT COURT
NOV - 5 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLK. ENTERPRISES, LLC., a New York limited liability company,<br><br>Plaintiff,<br>v.<br><br>UNIX PACKAGING, INC., a California corporation, PHOEBE XU, an individual, and JOHN DOES ONE through TEN,<br><br>Defendants.<br><br>UNIX PACKAGING, INC., a California corporation, | CASE NO.: 2:18-cv-02151-SVW-KS<br><br>**JUDGMENT**<br><br>[Honorable Stephen V. Wilson]<br><br>Pretrial Conference: Oct. 29, 2018<br>Jury Trial: Nov. 6, 2018 |
CROCKETT &
ASSOCIATES
LOS ANGELES

STIPULATION FOR JUDGMENT

|   |                                    |
|---|------------------------------------|
| 1 | Counter-Claimant,                  |
| 2 | vs.                                |
| 3 | BLK. ENTERPRISES, LLC, a New York limited liability company, |
| 4 |                                    |
| 5 | Counter-Defendant.                 |

Plaintiff BLK Enterprises, LLC, ("BLKE") and defendant Phoebe Xu ("XU") stipulate and agree that a proposed judgment may be entered with the following language:

Judgment shall be entered and had as follow as to the remaining federal claims of relief:

1. XU and her employees, agents, and any parties acting in concert with her are restrained, for a period of two years from the date hereof from distributing or selling any water product that is black in color or is infused with fulvic or humic materials, including without limitation, the USA water of Defendant Xu.

2. XU and her employees, agents, and any parties acting in concert with her are restrained in perpetuity from infringing upon the trade dress of the BLK. water product by placing into commerce packaging or advertising that is confusingly similar with that of the BLK. water product, including without limitation: (i) distributing or selling a see-through beverage bottle that displays lettering that becomes readable only when the contents are emptied; (ii) any fulvic mineral or black-colored beverage product in a clear or black-colored bottle having a similar shape, appearance, or label as used for BLK. water as depicted in Exhibit A; or (iv) distributing or selling any packaging or label that is confusingly similar to that depicted in Exhibit A, regardless of language, or size,

ingredients, ingredient lists or nutritional information or date codes, or descriptive text.

3. XU represents and warrants that the bulk of the inventory of the USA water product is not in her possession, custody or control but that XU will make good faith efforts to destroy all USA water product. XU will also use best efforts to remove the USA water product from the JD.com website and all other websites.

4. XU, within thirty days, will report to BLK. that she has undertaken the actions required in the first four paragraphs of this judgment and, upon reasonable request, will report to BLK the progress in accomplishing the actions required under paragraph 3.

5. XU will pay the sum of $3,500 to BLK. within thirty days of this judgment pursuant to written instructions provided by BLK;

6. This judgment shall constitute a final settlement and release of XU and Joseph Hohenwarter ("HOHENWARTER") from and for any claim for relief pleaded in the First Amended Complaint, which could have been pleaded in the First Amended Complaint or arising out of any the facts alleged in the First Amended Complaint;

7. For purposes of clarity, BLK waives any right to appeal any of the orders or rulings of the Court vis-à-vis XU;

8. XU agrees to appear without further process of law for any further proceeding in this case upon reasonable notice and will bring with her a bottle of the USA water; BLK is advised that XU spends considerable time in China and will need sufficient advance notice to appear; and

9. BLK and XU and HOHENWATER admit no liability by reason of this stipulated judgment. This stipulated judgment has been entered into for purposes of settlement. This stipulated judgment is inadmissible at trial

in any remanded proceeding or any other proceeding between the parties except to enforce this judgment. There shall be no prevailing party as between BLKE, XU and HOHENWATER in this action. Each party will bear its own attorneys' fees and costs.

10. Each party shall be responsible for its own fees and costs.

IT IS SO ORDERED:

Approved.

Dated: November 1, 2018

STEPHEN V. WILSON
United States District Court Judge

CROCKETT &
ASSOCIATES
LOS ANGELES

# EXHIBIT A

FIG. 1A

FIG. 1B

FIG. 1C

FIG. 1D



Go deep

beneath the surface

and discover the power

of fulvic trace minerals

Water Quality and information may be found at:

GETBLK.COM

@blkbeverages

# blk.®

PREMIUM
ALKALINE
WATER

16.9 fl oz/ 1 pt 0.9 oz. (500 mL)

PURE. PREMIUM. HYDRATION.

+ + 0 + 0

TRACE MINERALS | ELECTROLYTES | CALORIES | SUGAR

**Nutrition Facts**

Serving Size 1 Bottle (500 mL)

| Amount Per Serving | |
|---|---|
| **Calories** 0 | |
| | % Daily Value* |
| **Total Fat** 0g | 0% |
| **Sodium** 0mg | 0% |
| **Total Carbohydrate** 0g | 0% |
| **Protein** 0g | |

Not a significant source of calories from fat, saturated fat, trans fat, cholesterol, dietary fiber, sugars, vitamin A, vitamin C, calcium and iron.

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

GLUTEN FREE
NON-GMO

[illegible]

PLEASE RECYCLE
CA CASH REFUND
IA. HI. ME. MA. NY. OR. VT. CT. DE.
$.05

## Have you been living under a rock?

Because we have. For millions of years in fact. Inside this bottle is one of nature's best kept secrets: fulvic trace minerals.

We source our organically extracted trace minerals from deep beneath the earth's surface and combine them with purified water.

Don't let the color scare you, this stuff is black for a reason. The naturally black trace minerals react with the pure water which gives blk its black color.

With a powerful combination of electrolytes, vital trace minerals and an alkaline pH of 8, blk is pure premium hydration.

**PRODUCT OF U.S.A**

8 53451 00307 2

Die Line | 1/16" Bleed | 1/16" Choke

Customer: Certified Data
Job #: XXXXX
Sort: XXXXX
XXXXX
Size: 5.25" x 6.75"
Corner Radius: .09375"

COLORS
This proof does not represent exact color!
Dotted Line=Die Line
Does Not Print

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PROOF DATE: | | | | | | | |
| PROOF #: | | | | | | | |

| CUSTOMER SIGN OFF | DATE: |
|---|---|
| | |
| | |

PLEASE CHECK APPROPRIATE BOX

- ☐ Proof O.K. as is
- ☐ Proof O.K. with Corrections
- ☐ Need to see another proof

Line Screen: NA
Print Method: XXXXX
Proof Method: XXXXX
Material Type: XXXXX

UPC Information

| UPC Code | BWR | Mag% |
|---|---|---|
| X XXXXX XXXXX X | .001 | 80% |
| | | |
| | | |

Right Side of Copy Dispenses First
UNWIND
#--

TEXT
WEB DIRECTION

**PLEASE CHECK PROOF THOROUGHLY!**

Challenge Labels assumes no responsibility for errors made on proofs that are not corrected by customer.

clear stock



Attention: Louise   Phone 604.541.8060   Fax 604.541.8064   Email louise@blkbeverages.com

| DOCKET# | CUSTOMER | Code 942-1-1 | DATE | SALES REP | ARTIST |
|---|---|---|---|---|---|
| 35037 | Eclipse Concepts | | June 14, 12 | Peter | J |

**PLEASE CHECK THIS PROOF IMMEDIATELY FOR APPROVAL OR CORRECTIONS AS YOUR ORDER WILL BE HELD PENDING THE RETURN OF THIS PROOF.**

☐ Proof is OK
☐ Make corrections & reproof

Signature _____
Date _____

Colours: White x 2, Black

Size: 4.75" x 6.875"
Stock: Clear BOPP
Adhesive: S7200A (perm)
Lamination: YES
# of Plates 3

Fo34 03/06/12



Label unwind orientation



**CHALLENGE LABELS**
www.challengelabels.com

1~1352 Industrial Road,
Kelowna, BC  V1Z 1G5
Phone: (250) 769-3289
Fax: (250) 769-3235

If the proof is correct as submitted, it should be signed and dated. If corrections are necessary they should be clearly indicated or call us. We are anxious to expedite your order so we urge you to give this proof immediate and careful attention. A faxed approval is acceptable. Delayed proof approvals may delay shipment of your order.

Please confirm the unwind direction

Unwind Direction #3 →

← Unwind Direction #4

ENJOY
THE
DARK
SIDE™

| COLORS | PROOF DATE: | 8/20/12 | 8/20/12 | | | | |
|---|---|---|---|---|---|---|---|
| This proof does not represent exact color! Dotted Line=Die Line Does Not Print | PROOF #: | 1 | 2 | | | | |

| | CUSTOMER SIGN OFF | DATE: | PLEASE CHECK APPROPRIATE BOX |
|---|---|---|---|
| ☐ Screen White ■ UV Flexo Black | | | ☐ Proof O.K. as is |
| | | | ☐ Proof O.K. with Corrections |
| | | | ☐ Need to see another proof |

Line Screen: NA
Print Method: UV/Screen Flexo
Proof Method: PDF
Material Type: Clear

| UPC Information | | |
|---|---|---|
| UPC Code | BWR | Mag% |
| 8 53451 00300 3 | .001 | 80% |

Right Side of Copy Dispenses First
UNWIND
#TBD

Job #: 35284
Sort: 16.9oz blk. Wrap

Size: 4.5" x 6.75"
Corner Radius: .09375"



# blk.

## What U get > what U see!

blk. pure spring water is infused with rich fulvic trace minerals for a unique drinking experience that truly goes with everything. When your busy life's a juggling act, it's easy to drop a piece. Let's rally to support focus and concentration and reduce stress and fatigue. Nutrient-packed blk. trace minerals always add vital antioxidants, amino acids, and refreshing electrolytes to the mix.

Too much work/too little time? – We've got you covered!

## Be in the blk.

0 sugar, fat, or calories and No artificial dyes, coloring, or additives – blk. never looked so good on you!



Product of USA Distubuted by: BLK INTERNATIONAL LLC LOS ANGELES, CA 90024 1-424-282-3443 GETBLK.COM
Please Recycle Cash Refund CA, CT, DE, HI, IA, MA, ME, NY, OR, VT, $0.05 - MI $0.10
BPA Free

## Energizing Nutrient Enhanced Water Beverage

With Natural Trace Minerals, Vitamins, & Intelligent Nutrients

16.9 fl. oz. / 500 mL

## Nutrition Facts

1 servings per container
Serving size 16.9 Fl.oz. (500ml)

| Amount per serving | |
|---|---|
| **Calories** | **0** |
| | % Daily Value* |
| Total Fat 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 20mg | 1% |
| Total Carbohydrate 5g | 2% |
| Dietary Fiber 0g | 0% |
| Total Sugars 0g | |
| Includes 0g Added Sugars | 0% |
| Sugar Alcohol 5g | |
| Protein 0g | |
| Vitamin D 0mcg | 0% |
| Calcium 14mg | 2% |
| Iron 0mg | 0% |
| Potassium 0mg | 0% |
| Vitamin B6 1.7mg | 100% |
| Vitamin B12 2.5mcg | 100% |

*The % Daily Value tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

Ingredients: blk. Water (Purified Water and Fulvic Trace Minerals), Erythritol, Citric Acid, Natural Flavor, Stevia, Green Tea Extract, Guarana Extract, Ginseng Extract, Pyridoxine Hydrochloride, Coffee Berry extract, and Cyanocobalamin.

CONTAINS 80 mg of CAFFEINE

# blk.

Blk. Beverage is a purified water with our proprietary blend of alkaline Fulvic Trace Mineral and electrolyte complex. Our blend of trace minerals is what gives blk. its distinct black color. With benefits for an active life and the purity of water, blk. is the next step in the evolution of water. Defy expectations with blk. Enjoy the Dark Side.

## Go Without!

Zero calories, sugars, caffeine, flavoring or dyes.

## Electrolytes & Minerals

Balanced water = balanced life.

## Purity

Purified water infused with trace minerals. That's it!

# blk.

## Alkaline pH 8.0+ Water Beverage

A Blend of Fulvic Trace Minerals, Hydration & Electrolytes

**INGREDIENTS:**
Purified Water & Fulvic Trace Minerals

### Nutrition Facts
2 serving per container
**Serving size** 16.9 fl. oz.

**Amount per serving**
**Calories** 0

| | % DV* |
|---|---|
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Polyunsaturated Fat 0g | |
| Monounsaturated Fat 0g | |
| **Sodium** 0g | 0% |
| **Total Carbohydrate** 0g | 0% |
| **Protein** 0g | |

Not a significant source of cholesterol, dietary fiber, total sugars, added sugars, vitamin D, calcium, iron, and potassium.

*DV = Daily Value

Distributed by:
BLK INTERNATIONAL LLC
LOS ANGELES, CA 90024
1.424.282.3443 GETBLK.COM
Product of USA

Please Recycle
Cash Refund. CA, CT, DE, HI, IA, MA, ME, NY, OR, VT, $0.05 - MI $0.10  **BPA Free  HPP**

33.8 FL. OZ. (1QT 1.8 FL.OZ.) 1 LITER


8 53451 00339 3

# blk.

## Go Without!

## Electrolytes & Minerals

## Purity

Alkaline pH 8.0+
Water Beverage

A blend of black trace
mineral complex,
hydration & electrolytes

16.9 fl oz / 500 mL

| Nutrition Facts |  |
|---|---|
| 1 serving per container |  |
| **Serving size** | **16.9 fl. oz.** |
| Amount per serving |  |
| **Calories** | **0** |
|  | % DV* |
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| *Trans* Fat 0g |  |
| Polyunsaturated Fat 0g |  |
| Monounsaturated Fat 0g |  |
| **Sodium** 0g | 0% |
| **Total Carbohydrate** 0g | 0% |
| **Protein** 0g |  |

Not a significant source of cholesterol, dietary fiber, total sugars, added sugars, vitamin D, calcium, iron and potassium.

* DV = % Daily Value

8 53451 00300 3

Blk. Beverage is a purified water with our proprietary blend of alkaline Fulvic Trace Mineral and electrolyte complex. Our blend of trace minerals is what gives blk. its distinct black color. With benefits for an active life and the purity of water, blk. is the next step in the evolution of water. Defy expectations with blk. Enjoy the Dark Side.

## Go Without!

Zero calories,
sugars, caffeine,
flavoring or dyes.

## Electrolytes & Minerals

Balanced water
= balanced life.

## Purity

Purified water infused
with trace minerals.
That's it!


# blk.

## Alkaline pH 8.0+ Water Beverage

A Blend of Fulvic Trace
Minerals, Hydration
& Electrolytes

16.9 fl. oz / 500 mL

INGREDIENTS:

Purified Water &
Fulvic Trace Minerals



**Nutrition Facts**
1 serving per container
Serving size  16.9 fl. oz.

Amount per serving
**Calories**  **0**

|  | % DV* |
|---|---|
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Polyunsaturated Fat 0g | |
| Monounsaturated Fat 0g | |
| **Sodium** 0g | 0% |
| **Total Carbohydrate** 0g | 0% |
| **Protein** 0g | |

Not a significant source of cholesterol, dietary fiber, total sugars, added sugars, vitamin D, calcium, iron, and potassium.

* DV = Daily Value

Distributed by:
BLK INTERNATIONAL LLC
LOS ANGELES, CA 90024
1.424.282.3443 GETBLK.COM
Product of USA

Please Recycle
Cash Refund, CA, CT, DE, HI,
IA, MA, ME, NY, OR, VT, $0.05 -
MI $0.10  **BPA Free**  **HPP**



8 53451 00300 3

# blk.

## What U get > what U see!

blk. pure spring water is infused with rich fulvic trace minerals for a unique drinking experience that truly goes with everything.

On your last nerve? Anxious, stressed, and fatigued? Rise to the occasion with ingredients we believe help balance mood and cushion irritability. And nutrient-packed blk. trace minerals always add vital antioxidants, amino acids, and refreshing electrolytes to the mix.
Say "Goodbye "to the Blues and "Oh Yeah" to Whatever You Choose!

## Be in the blk.

0 sugar, fat, or calories and No artificial dyes, coloring, or additives – bik. never looked so good on you!



Product of USA Distubuted by: BLK INTERNATIONAL LLC LOS ANGELES, CA 90024 1-424-282-3443 GETBLK.COM
Please Recycle Cash Refund CA, CT, DE, HI, IA, MA, ME, NY, OR, VT, $0.05 - MI $0.10
BPA Free

## Soothing Nutrient Enhanced Water Beverage

With Natural Trace Minerals, L-Theanine & Vitamin B Complex

16.9 fl. oz. / 500 mL

## Nutrition Facts

1 servings per container
Serving size   16.9 Fl.oz. (500ml)

| Amount per serving | |
|---|---|
| **Calories** | **0** |
| | % Daily Value* |
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 20mg | 1% |
| **Total Carbohydrate** 5g | 2% |
| Dietary Fiber 0g | 0% |
| Total Sugars 0g | |
| Includes 0g Added Sugars | 0% |
| Sugar Alcohol 5g | |
| **Protein** 0g | |
| Vitamin D 0mcg | 0% |
| Calcium 14mg | 2% |
| Iron 0mg | 0% |
| Potassium 0mg | 0% |
| Vitamin B6 1.7mg | 100% |
| Vitamin B12 2.5mcg | 100% |

*The % Daily Value tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

Calories per gram
  Fat 9  •  Carbohydrate 4  •  Protein 4

Ingredients: blk. Water (Purified Water and Fulvic Trace Minerals), Erythritol, Citric Acid, Natural Flavor, Stevia, Green Tea Extract, Guarana Extract, Ginseng Extract, Pyridoxine Hydrochloride, Coffee Berry extract, and Cyanocobalamin.

CONTAINS 80 mg of CAFFEINE

6.75" Label Width (171.45mm)

Corner Radius 0.09375" (2.38125mm)

5.25" Label Height (133.35mm)



# blk.

## ENJOY THE DARK SIDE

Alkaline pH 8.0+ Water Beverage

A Source of Fulvic Trace Minerals, Electrolytes & Electrolytes

16.9 fl oz / 500 ml

Go Without

Zero Calories,
Sugars, Caffeine,
Flavoring or Sweeteners.

Electrolytes & Minerals

Sourced from a proprietary blend.

Purity

Purified water infused with trace minerals, fulvic acid.

Nutrition Facts

INGREDIENTS

Distributed by:
BLK INTERNATIONAL LLC

SPOT COLORS ARE FOR APPROXIMATION ONLY. REFER TO INK DRAWDOWNS FOR TRUE COLOR MATCH.

Black | | Dieline

HAMMER PACKAGING
200 Lucius Gordon Drive
Rochester, New York 14586
585.424.3880
www.hammerpackaging.com

Date: 9/22/17
Item ID#: 178451
Size: 5.25" x 6.75" (133.35mm x 171.45mm) - Dieline MAG753
Order#: 304419
Operator's Initials: TEB

Customer#: LHP500PS #4
Customer: Blk. Enterprises LLC
Description: 16.9 oz. blk. Enjoy The Dark Side

Proofing Software: ☐ KPS ☐ Esko Packproof ☐ GMG
Proofing Device: ☐ Epson 4900 ☐ Epson1 4800 ☐ Kodak Approval ☐ Epson 7900 ☐ Epson2 4800
Proofing Profile: laser print

☐ UPC _____
☐ 2 of 5 _____
☐ QR Code _____

PLEASE CHECK THIS PROOF CAREFULLY. All proofs must be signed, dated and returned to Hammer Packaging. Your signature constitutes acceptance of full responsibility for all errors, omissions, legal and ethical compliance in this proof. A box MUST be checked and a signature MUST be applied for a job to proceed into production.

Customer Signature
☐ Proof OK _____
☐ Proof OK with Corrections _____
☐ New Proof Needed _____

Unwind Direction #3


(bee. el. kay.)

**FRESH WATER TASTE.
MAXIMUM BENEFITS.**

blk. combines natural spring water with our proprietary fulvic trace mineral complex, delivering electrolytes, trace minerals, and a pH of 8. Feel the difference and discover why so many are crossing over to the dark side.

(pH measured at source. May vary over time.)

Water Quality and information may be found at:
**blk**beverages.com

**ZERO** CARBS
**ZERO** CALORIES
**ZERO** SUGAR
**ZERO** CAFFEINE

# blk.®
## ENJOY THE DARK SIDE™

Alkaline Fulvic Trace Mineral Infused Water

16.9 fl. oz./ 1 pt 0.9 oz.   500 ml.

SERVE CHILLED
INGREDIENTS : Filtered spring water, Fulvic trace mineral complex

**Nutrition Facts**
Serving Size: 16.9fl. oz
Servings Per Container: 1

Amount Per Serving
Calories 0

| | % Daily Value* |
|---|---|
| **Total Fat** 0g | 0% |
| **Sodium** 15mg | 1% |
| **Total Carbohydrates** 0g | 0% |
| **Protein** 0g | |

Not a significant source of saturated fat, trans fat, cholesterol, dietary fiber, sugars, vitamin A, vitamin C, calcium and iron.

% Daily Values are based on a 2000 calorie diet

Distributed by
blk. Enterprises
Oakland, NJ 07436
1-855-blk.3331

BOTTLED AT SOURCE BY
LANGLADE SPRINGS LLC
POLAR, WI 54418

**PRODUCT OF U.S.A**
*PLEASE RECYCLE*
CA CASH REFUND
IA,HI,ME,NY,OR,VT,CT,DE
$.05 MI 4 $.10



Job #: 36827
Sort: 16.9oz blk. Wrap

Size: 4.5" x 6.75"
Corner Radius: .09375"

| COLORS | PROOF DATE: | 1/4/12 | 1/4/12 | | | | |
|---|---|---|---|---|---|---|---|
| This proof does not represent exact color! Dotted Line=Die Line Does Not Print | PROOF #: | 1 | 2 | | | | |
| ■ Screen White ■ UV Flexo Black | CUSTOMER SIGN OFF | | DATE: | PLEASE CHECK APPROPRIATE BOX | | | |
| | | | | ☐ Proof O.K. as is | | | |
| | | | | ☐ Proof O.K. with Corrections | | | |
| | | | | ☐ Need to see another proof | | | |

Line Screen: NA
Print Method: UV/Screen Flexo
Proof Method: PDF
Material Type: Clear

| UPC Information | | |
|---|---|---|
| UPC Code | BWR | Mag% |
| 8 53451 00300 3 | .001 | 80% |

Right Side of Copy
Dispenses First

UNWIND
#3

